Entered: March 25th, 2021
Signed: March 25th, 2021
**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.   20-21017-TJC |
| iThrive Health, LLC | * | Chapter   11 (Subchapter V) |
| | * | |
| Debtor | * | |

\* * * * * * * * * * * * *

**ORDER SETTING HEARING ON SUBCHAPTER V PLAN CONFIRMATION**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. Previously, the court entered a scheduling order on December 30, 2020, (ECF 15) setting a deadline for the debtor to file their plan of reorganization. The debtor filed a Subchapter V plan under 11 U.S.C. §§1190 and 1191. ECF 74. Pursuant to Interim Fed. R. Bankr. P. 3017.2, IT IS ORDERED:

1. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **May 5, 2021, at 2:00 p.m. by videoconference**.

2. Objections to Plan. **April 26, 2021**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). Any party in interest objecting to the Debtor's

plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order.

3. Voting on Plan. **April 26, 2021**, is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Justin Fasano
> McNamee, Hosea et al.
> 6411 Ivy Lane Ste. 200
> Greenbelt, MD 20770

4. Service of Plan Documents. On or before **March 29, 2021**, the Debtor shall serve a copy of this Order, the Debtors' plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Interim Federal Rule of Bankruptcy Procedure 3017.2; and the Debtors' attorney shall thereafter promptly file a certificate of service with the Court.

cc:   Debtor
      Debtor's Counsel
      Subchapter V Trustee
      U.S. Trustee

**END OF ORDER**