IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | ) CASE NO. 20-21017-TJC |
| iThrive Health, LLC | ) Chapter 11 SmBus |
| Debtor | ) |

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 13 FILED BY CHAIN BRIDGE BANK, N.A. AND ANY CLAIM TO PAYMENT UNDER A REORGANIZATION PLAN OF THE DEBTOR.

Chain Bridge Bank, N.A. ("Bank"), by counsel, hereby withdraws its Proof of Claim (Claim No. 13) in the amount of Four Hundred Eight Thousand Eight Hundred Thirty Dollars ($408,830.00) in the above-referenced bankruptcy case, and any claim to payment under a reorganization plan of the Debtor.

1. Bank was the lender to the Debtor for a Paycheck Protection Program Loan "PPP" made on June 29, 2020 in the amount of Four Hundred Eight Thousand Eight Hundred Thirty Dollars ($408,830.00), SBA Loan Number 4702138008 (the "Loan").

2. Bank filed a Proof of Claim in this case in the amount of the PPP Loan, Four Hundred Eight Thousand Eight Hundred Thirty Dollars ($408,830.00), Claim No. 13.

3. On April 13, 2021 Bank received a Notice of PPP forgiveness payment from the United States Small Business Administration ("SBA") and has received the funds from the SBA that have paid the Loan in full.

4. In its Chapter 11 Plan of Reorganization dated March 22, 2021 filed by the Debtor, docket entry #74, the Debtor noted it believed it was entitled to full forgiveness of the Loan (Section 1(a) VIII and that expectation has now become reality. As a result, the Class 4 claim of Bank is now moot and Bank concurs with the Debtor's Plan language, that as a result of the forgiveness, this Class will be deemed eliminated from the Plan.

As a result of the foregoing, Bank hereby withdraws Claim No. 13 and is eliminated as a creditor in this case.

CHAIN BRIDGE BANK, N.A.<br>By Counsel

Dated: April 20, 2021

/s/ John B. Connor
John B. Connor, VSB #16801
John B. Connor, P.L.C.
100 North Pitt Street, Suite 200
Alexandria, VA 22314
Telephone: 703/836-9770
Facsimile: 703/836-1799
E-Mail: jack@johnbconnor.com
Counsel for Chain Bridge Bank, N.A.
*Pro Hac Vice* Admittance

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing Withdrawal of Proof of Claim filed by Chain Bridge Bank, N.A. was mailed, postage prepaid this 20th day of April 2021 to the following:

iThrive Health, LLC
5415 Cedar Lane
Bethesda, MD 20814
(Debtor)

Justin Philip Fasano
Janet M. Nesse
McNamee, Hosea, et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(Counsel for Debtor)

Michael G. Wolff
15245 Shady Grove Road
Suite 465
North Lobby
Rockville, MD 20850
(Trustee)

John P. Fitzgerald III
Acting US Trustee for Region 4
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(U.S. Trustee)

L. Jeanette Rice
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(Counsel for US Trustee)

Stephen A. Metz
Offit Kurman, PA
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
(Counsel for Lynden Properties, LLC)

Cheryl E. Rose
Rose & Associates, LLC
9812 Falls Road #114-334
Potomac, MD 20854

Adam M. Lynn
Douglas S. Walker
McAllister, DeTar, Showalter & Walker
100 N. West Street
Easton, MD 21601
(Counsel for Georgetown Park
Associates, L.P.)

Bruce W. Henry
Kevin M. O'Donnell
Henry & O'Donnell, P.C.
300 North Washington Street
Suite 204
Alexandria, VA 22314
(Counsel for Sandy Spring Bank)

/s/ John B. Connor
John B. Connor