Entered: May 4th, 2021
Signed: May 4th, 2021

**SO ORDERED**

Hearing to be held June 7, 2021 at 2:00 p.m.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**iTHRIVE HEALTH, LLC,**<br><br>    Debtor. | **Case No. 20-21017-TJC**<br>**Chapter 11 (SubChapter V)** |

### ORDER SETTING HEARING ON SUBCHAPTER V PLAN CONFIRMATION

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to - proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.

Previously, the court entered a scheduling order on December 30, 2020, (ECF 15) setting a deadline for the debtor to file their plan of reorganization. The debtor has filed a SubChapter V plan (the "Original Plan," ECF 74) and an amended Subchapter V plan (the "Amended Plan," ECF 86) under 11 U.S.C. §§1190 and 1191. ECF 86.

Pursuant to Interim Fed. R. Bankr. P. 3017.2, **IT IS ORDERED:**

1. **Confirmation Hearing**. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on the time and date scheduled above by videoconference.

2. **Objections to Plan**. May 28, 2021, is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). Any party in interest objecting to the Amended Plan, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order.

3. **Voting on Plan**. May 28, 2021, is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address: Justin Fasano, McNamee, Hosea et al. 6411 Ivy Lane Ste. 200 Greenbelt, MD 20770.

4. **Service of Plan Documents**. Within one business day of the entry of this Order, the Debtor shall serve a copy of this Order, the Debtor's plan of reorganization, a redline between the original Chapter 11 plan and the amended Chapter 11 plan, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Interim Federal Rule of Bankruptcy Procedure 3017.2; and the Debtor's attorney shall thereafter promptly file a certificate of service with the Court.

cc:

Debtor
Debtor's Counsel
Subchapter V Trustee
U.S. Trustee

**END OF ORDER**